LAW OFFICES OF ROBERT P. SPRETNAK
Robert P. Spretnak, Esq. (Bar No. 5135)
8275 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
Telephone: (702) 454-4900
Fax: (702) 938-1055
Email: bob@spretnak.com

GARCIA-MENOCAL & PEREZ P.L.
Anthony J. Perez, Esq. (pro hac vice pending)
350 Sevilla Avenue, Suite 200
Coral Gables, Florida 33134
Telephone: 305-553-3464
Fax: 305-553-3031
Email: ajperez@lawgmp.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOHN MEGGS, individually,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>BOTACH, INC., and TIGRAY BAR & RESTAURANT, LLC,<br><br>　　　　　Defendants. | Case No.: 2:23-cv-00618-DJA<br><br>**EX PARTE MOTION TO EXTEND TIME TO FILE PRO HAC VICE APPLICATION FOR LEAD COUNSEL**<br><br>**(First Request)** |

Plaintiff JOHN MEGGS, by and through his local counsel of record in this matter, moves this Court for an extension of time to file the Verified Petition of Anthony J. Perez, Esq., lead counsel in this matter, to practice pro hac vice before this Court in this matter.

Plaintiff's Complaint, ECF No. 1, was filed April 21, 2023.  Under LR IA 11-2(e), Attorney Perez's Verified Petition to practice pro hac vice is due to be filed with this Court by **May 5, 2023**.  On behalf of Mr. Meggs, plaintiff in this matter, and for good cause as set forth below, local counsel asks for an extension of 14 days, to **May 19, 2023**, to file the application for Attorney Perez to practice pro hac vice before this Court.

This motion is filed ex parte, without notice to Defendants, because the Complaint has not yet been served and no attorney has yet made an appearance on behalf of either Defendant.

THE LAW OFFICES OF
ROBERT P. SPRETNAK
A PROFESSIONAL CORPORATION
8275 S. EASTERN AVENUE
SUITE 200
LAS VEGAS, NEVADA 89123

Page 1 of 3

This motion is made pursuant to the following memorandum of points and authorities, and the pleadings and papers on file with this Court.

DATED:  27 April 2023

Respectfully submitted,

LAW OFFICES OF ROBERT P. SPRETNAK

By: /s/ Robert P. Spretnak
    Robert P. Spretnak, Esq. (Bar No. 5135)

8275 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123

GARCIA-MENOCAL & PEREZ P.L.

By: Anthony J. Perez, Esq.
    (pro hac vice pending)

350 Sevilla Avenue, Suite 200
Coral Gables, Florida 33134

Attorneys for Plaintiff

## MEMORANDUM OF POINTS AND AUTHORITIES

The purpose of this motion is to ask this Court for an additional 14-day time period for local counsel to file the Verified Petition for lead counsel in this matter, Anthony J. Perez, Esq., to practice before this Court pro hac vice.

According to LR IA 11-2(e):  "An attorney must comply with all provisions of this rule," referring to the rule governing admission to practice before this Court pro hac vice, "within 14 days of his or her first appearance."  This is a case for injunctive relief and other available remedies under Title III of the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12181 et seq., which prohibits discrimination by private entities against individuals with disabilities in matters of public accommodations.  The Complaint, ECF No. 1, was filed in this matter on April 21, 2023.  Therefore, under LR IA 11-2(e), Attorney Perez's Verified Petition to practice pro hac vice is due to be filed with this Court no later than May 5, 2023.

Attorney Perez will serve as lead counsel in this matter because of his experience in litigation cases under Title III of the ADA.  Mr. Perez has not able to compile and transmit all the necessary

THE LAW OFFICES OF
ROBERT P. SPRETNAK
A PROFESSIONAL CORPORATION
8275 S. EASTERN AVENUE
SUITE 200
LAS VEGAS, NEVADA 89123

Page 2 of 3

documentation for his pro hac vice application by this date.[1]  Local counsel, Robert P. Spretnak, Esq., is unavailable during the time of period of April 28, 2023, to May 10, 2023, due to a previously scheduled vacation out of the country.  Local counsel, therefore is not able to file the necessary papers on behalf of Attorney Perez within the time allowed under LR IA 11-2(e).  It is for this reason that a brief extension of time is being requested.

Therefore, we respectfully ask that this Court briefly extend the deadline for Attorney Perez to file his Verified Petition, in order to be allowed to practice pro hac vice before this Court in this matter, from the current deadline of May 5, 2023, to a new deadline of May 19, 2023.

DATED:  27 April 2023

Respectfully submitted,

LAW OFFICES OF ROBERT P. SPRETNAK

By: /s/ Robert P. Spretnak
   Robert P. Spretnak, Esq. (Bar No. 5135)

8275 S. Eastern Avenue, Suite 200
Las Vegas, Nevada 89123


GARCIA-MENOCAL & PEREZ P.L.

By: Anthony J. Perez, Esq.
    (pro hac vice pending)

350 Sevilla Avenue, Suite 200
Coral Gables, Florida 33134

Attorneys for Plaintiff

**IT IS SO ORDERED**.

DATED: April 28, 2023

_____
Daniel J. Albregts
United States Magistrate Judge

---

[1] This case is one of the first two cases in which Attorney Perez will be filing a Verified Petition to practice pro hac vice in the United States District Court for the District of Nevada.  The other case, *John Meggs v. Tropicana Gardens, Inc.*, Case No. 2:23-cv-00619-JCM-EJY, also was filed on April 21, 2023, also on behalf of Plaintiff Mr. Meggs, and also arising under Title III of the ADA.  This same motion is being filed in that case.

THE LAW OFFICES OF
ROBERT P. SPRETNAK
A PROFESSIONAL CORPORATION
8275 S. EASTERN AVENUE
SUITE 200
LAS VEGAS, NEVADA 89123

Page 3 of 3